UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

NAIM QASEMI,

  Petitioner,

 v.           CAUSE NO. 3:26cv170 DRL-SJF

BRIAN ENGLISH,

  Respondent.

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Naim Qasemi from custody on appropriate conditions of supervised release. ECF 16. Respondent reports that the petitioner has since been released. ECF 18.

The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

July 22, 2026        _s/ Damon R. Leichty_
           Judge, United States District Court